# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-12654-ELF

WILLIAM J O'BRIEN
CHRISTINE O'BRIEN
79 GREENBROOK DRIVE

LEVITTOWN, PA 19055-1922

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM J O'BRIEN
    CHRISTINE O'BRIEN
    79 GREENBROOK DRIVE

    LEVITTOWN, PA 19055-1922

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    COWAN & KELLY P.C.
    202 PENNS SQUARE
    LANGHORNE, PA 19047-

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 10/20/2017