Certificate Number: 02921-PAE-DE-034353962

Bankruptcy Case Number: 15-12654



02921-PAE-DE-034353962

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2020</u>, at <u>4:16</u> o'clock <u>PM EDT</u>, <u>William OBrien</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 17, 2020</u>

By:  <u>/s/Laurie Selitto</u>

Name:  <u>Laurie Selitto</u>

Title:  <u>counselor</u>