United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-12654-elf
William J O'Brien                                                      Chapter 13
Christine O'Brien
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2            Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db/jdb         William J O'Brien,    Christine O'Brien,    79 Greenbrook Drive,    Levittown, PA 19055-1922
cr             ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
13511510      +Aes/pheaa,   1200 N. 7th Street 4th Floor,    Harrisburg, PA 17102-1419
13511511      +Ar Resources Inc,    1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
13597167       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13836251       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13511516      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13704295      +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,   Langhorne, Pa. 19047-1818
13543365      +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13511519      +Police And Fire Fcu,    901 Arch St,   Philadelphia, PA 19107-2495
13558970      +U.S. BANK NATIONAL ASSOCIATION, ET AL,    c/o PHFA Loan Servicing Division,
                211 North Front Street,   Harrisburg, Pennsylvania 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:19     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:45
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:28:46     CACH, LLC,
                PO Box 10587,   Greenville, SC  29603-0587
13518233       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27
                Americredit Financial Services, Inc.,   PO Box 183853,   Arlington TX 76096
13515613       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2020 04:29:32
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
13511512      +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jun 17 2020 04:23:36
                Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
13524945      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:29:08     CACH, LLC,
                4340 S. Monaco Street,   2nd Floor,   Denver, CO 80237-3485
13511513      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:28:46     Cach, Llc,
                4340 S Monaco,   Denver, CO 80237-3485
13511515      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27     Gm Financial,
                Po Box 181145,   Arlington, TX 76096-1145
13511514       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:29:21     Chase Card,
                Po Box 15298,   Wilmington, DE  19850
13511517      +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 04:22:21     Kohls/capone,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13597496       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:04
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13511518      +E-mail/Text: blegal@phfa.org Jun 17 2020 04:22:59     Pa Housing Finance Age,
                US Bank National,   211 N Front St,   Harrisburg, PA 17101-1406
13511521      +E-mail/Text: ebn@unique-mgmt.com Jun 17 2020 04:23:29     Unique National Collec,
                119 E Maple St,   Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc.
13518767*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court:  AmeriCredit Financial Services, Inc.,   P O Box 183853,
                Arlington, TX 76096)
13511520      ##+Portfolio Recovery Ass,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2           Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:

```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              ANNE M. AARONSON    on behalf of Defendant    Philadelphia Federal Credit Union
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               Josh.Goldman@padgettlawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL P. KELLY    on behalf of Plaintiff William J O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Debtor William J O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Christine  O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Plaintiff Christine  O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William J O'Brien and Christine O'Brien

       Debtor(s)                                Bankruptcy No: 15−12654−elf

                                                           Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                    For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 6/16/20

                                                                                                 73 − 72
                                                                                        Form 138_new