**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                                                          : NO. 15-12654
WILLIAM J.& CHRISTINE O'BRIEN                       :
                                                                                 : CHAPTER 13

**CERTIFICATION OF NO RESPONSE**

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to the Motion to Avoid Judicial Lien..

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047