### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :   NO. 15-12654-ELF
WILLIAM J O'BRIEN AND                     :
CHRISTINE O'BRIEN                         :   CHAPTER 13

### ORDER

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by

**PORTFOLIO RECOVERY ASSOCIATES LLC** ("the Respondent") in real property of

the Debtors located at **79 Greenbrook Drive, Levittown, Bucks County, Pennsylvania**

**19055,**

AND the debtor having asserted that the alleged lien arising from the judgment

entered at Bucks County Court of Common Pleas – Docket No: **2014-06020** is subject to

avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the

Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial

lien in the above-mentioned real property that the Debtors have listed and claimed as

exempt in Schedule C of the Debtors bankruptcy schedules is AVOIDED.

Date: July 23, 2020

_____
Eric L. Frank
U.S. Bankruptcy Judge