United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William J O'Brien  
Christine O'Brien  
    Debtors

Case No. 15-12654-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW    Page 1 of 1    Date Rcvd: Jul 23, 2020  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db/jdb        William J O'Brien,    Christine O'Brien,    79 Greenbrook Drive,    Levittown, PA  19055-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13597496        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2020 04:22:06  
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
         ANNE M. AARONSON    on behalf of Defendant    Philadelphia Federal Credit Union aaaronson@dilworthlaw.com,
         mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
         ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com,
         mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
         JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... Josh.Goldman@padgettlawgroup.com
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
         MICHAEL P. KELLY    on behalf of Joint Debtor Christine  O'Brien mpkpc@aol.com, r47593@notify.bestcase.com
         MICHAEL P. KELLY    on behalf of Plaintiff Christine  O'Brien mpkpc@aol.com, r47593@notify.bestcase.com
         MICHAEL P. KELLY    on behalf of Plaintiff William J O'Brien mpkpc@aol.com, r47593@notify.bestcase.com
         MICHAEL P. KELLY    on behalf of Debtor William J O'Brien mpkpc@aol.com, r47593@notify.bestcase.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : NO. 15-12654-ELF
WILLIAM J O'BRIEN AND :
CHRISTINE O'BRIEN : CHAPTER 13

## ORDER

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **PORTFOLIO RECOVERY ASSOCIATES LLC** ("the Respondent") in real property of the Debtors located at **79 Greenbrook Drive, Levittown, Bucks County, Pennsylvania 19055,**

AND the debtor having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas – Docket No: **2014-06020** is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property that the Debtors have listed and claimed as exempt in Schedule C of the Debtors bankruptcy schedules is AVOIDED.

Date: July 23, 2020

Eric L. Frank
U.S. Bankruptcy Judge