United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12654-elf
William J O'Brien                                                     Chapter 13
Christine O'Brien
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: 225              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db/jdb         William J O'Brien,    Christine O'Brien,    79 Greenbrook Drive,    Levittown, PA  19055-1922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 07 2020 03:58:51     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2020 03:58:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2020 03:58:49     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Defendant    Philadelphia Federal Credit Union
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               Josh.Goldman@padgettlawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL P. KELLY    on behalf of Debtor William J O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Christine  O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Plaintiff Christine  O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Plaintiff William J O'Brien mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                               Chapter: 13

       William J O'Brien and Christine O'Brien

Debtor(s)                                                                               Case No: 15−12654−elf

_____

*ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Eric L. Frank

8/5/20

Judge ,United States Bankruptcy Court

81
Form 225