**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William J O'Brien and Christine O'Brien           Case No: 15−12654−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

    ☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

    ☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 8/24/20

For The Court

Timothy B. McGrath
Clerk of Court

83
Form 206