**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                  : Chapter 13

William J O'Brien and Christine O'Brien                          : Bankruptcy 15–12654–elf
      Debtor(s)

## NOTICE

1. A review of the court record indicates that the following outstanding fees are due to the bankruptcy court relating to the filing of the document noted:

Motion to Reinstate Case and Enter Discharge

2. Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

3. If the payment is not processed within seven (7) days from the date of this notice, this matter will be referred to the Court.

                                                                       For the Court

Date: 10/5/20                                                                  Timothy B. McGrath
                                                                       Clerk of Court