UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **William J, O'Brien and**      : No. 15-12654-ELF
         **Christine O'Brien, Debtors**      :
                                                   : Chapter 13
                                                   :

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtors' Motion to Reopen Case.

BY: /s/ Michael P. Kelly
     MICHAEL P. KELLY, ESQ.
     402 MIDDLETOWN BLVD.
     SUITE 202
     LANGHORNE, PA. 19047