UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
WILLIAM J. O'BRIEN AND CHRISTINE O'BRIEN :
: NO. 15-12654-ELF

ORDER

**AND NOW,** this 29th day of October, 2020 upon consideration of the Motion filed by the Debtor, and after notice and hearing, it is hereby

**ORDERED,** that the Motion is **GRANTED** and this case is **REOPENED** for the purpose of entering an order of discharge.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**