United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William J O'Brien  
Christine O'Brien  
    Debtor(s)

Case No. 15-12654-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Oct 29, 2020      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | William J O'Brien, Christine O'Brien, 79 Greenbrook Drive, Levittown, PA 19055-1922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | * | Christine O'Brien, 79 Greenbrook Drive, Levittown, PA 19055-1922 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Defendant Philadelphia Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL P. KELLY | |

District/off: 0313-2 — User: Adminstra — Page 2 of 2
Date Rcvd: Oct 29, 2020 — Form ID: pdf900 — Total Noticed: 1

| | |
|---|---|
| | on behalf of Joint Debtor Christine O'Brien mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Plaintiff Christine O'Brien mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Plaintiff William J O'Brien mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor William J O'Brien mpkpc@aol.com r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
WILLIAM J. O'BRIEN AND CHRISTINE O'BRIEN :
: NO. 15-12654-ELF

## ORDER

**AND NOW,** this 29th day of October, 2020 upon consideration of the Motion filed by the Debtor, and after notice and hearing, it is hereby

**ORDERED**, that the Motion is **GRANTED** and this case is **REOPENED** for the purpose of entering an order of discharge.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**